## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:06CV01137 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| SUSAN MIMS and ROBERT MIMS | : | PLAINTIFFS |
| | : | |
| v. | : | |
| | : | |
| WYETH PHARMACEUTICALS | : | DEFENDANT |

### TRANSFER ORDER

Pending is Defendant's Motion to Transfer (Doc. No. 2). For good cause shown, the motion is GRANTED.

In her complaint, Plaintiff states that "[v]enue and jurisdiction are therefore proper, as to the Plaintiff, in the United States District Court for the Southern District of Mississippi."[1] Under 28 U.S.C. §1404, this case is transferred to the United States District Court for the Southern District of Mississippi. Accordingly, the Clerk of the Court is directed to close and transfer this case to that district.

Additionally, the Clerk of the Court is directed to send contemporaneous copies of this transfer order to the MDL panel to allow, to the extent possible, fast-tracking of a §1407 transfer of this case back to MDL-1507 for coordinated and consolidated pretrial proceedings. Counsel is reminded of their obligations under MDL Panel Rule 7.5(e) and directed to promptly notify the MDL Panel of the new case number designated to the case in the receiving district.

IT IS SO ORDERED this 14th day of September, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.